UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOEY GARCIA, | ) | 3:11-CV-0083-ECR (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | November 30, 2011 |
| | ) | |
| PRINCE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Defendants filed a motion for leave to file exhibits under seal in support of defendants' motion for summary judgment (#16). No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion. Therefore,

   **IT IS ORDERED** that defendants' motion for leave to file exhibits under seal in support of defendants' motion for summary judgment (#16) is **GRANTED**. The exhibits (#17) are filed and shall remain under seal.

   **IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
       Deputy Clerk