AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF  NEVADA

JOEY GARCIA,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

                               CASE NUMBER: **3:11-CV-00083-ECR-VPC**

TOM PRINCE, et al.,

      Defendants.

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that the Report & Recommendation (#22) is **APPROVED AND ADOPTED**. Defendants' motion for summary judgment (#15) as to Plaintiff's Eighth Amendment claims against Defendants Martin and Jones is **GRANTED**. No other claims remain.

  Semptember 4, 2012                            **LANCE S. WILSON**
                                                               Clerk

                                                           /s/ D. R. Morgan
                                                             Deputy Clerk